**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nelda Drucila PLATA–ARMENTA, a.k.a. Nelda Plata–Armenta, Defendant–Appellant.**

**No. 12–10410.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.[*]

Filed June 24, 2013.

Christine Ducat Keller, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM [***]

Nelda Drucila Plata–Armenta appeals from the district court's judgment and

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

challenges her guilty-plea conviction and 21–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Plata–Armenta's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Plata–Armenta the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**